UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JAMES LYNN O'HINES,<br><br>            Plaintiff,<br><br>    vs.<br><br>COLE-HAHN, et al.,<br><br>            Defendants.<br>_____/ | No. C 10-0066 PJH (PR)<br><br>**ORDER OF DISMISSAL** |
| JAMES LYNN O'HINES,<br><br>            Plaintiff,<br><br>    vs.<br><br>QUINTANA-QUINTELLA ENTERPRISES OF US OF A,<br><br>            Defendants.<br>_____/ | No. C 10-0065 PJH (PR)<br><br>**ORDER OF DISMISSAL** |

These pro se civil rights actions were filed a prisoner confined in Florence, Arizona. On the day they were opened the court notified plaintiff he had neither paid the filing fee nor submitted an application for leave to proceed in forma pauperis. Copies of the court's form for applications to proceed in forma pauperis were provided with the notice, along with return envelopes. Plaintiff was warned to pay the fees or file IFP applications within thirty days or the cases would be dismissed.

Plaintiff has not responded. These cases therefore are **DISMISSED** without prejudice. The clerk shall close the files.

**IT IS SO ORDERED.**

Dated: February 12, 2010.

PHYLLIS J. HAMILTON
United States District Judge

P:\PRO-SE\PJH\CR.10\O'HINES0065-66.DSM-IFP.wpd